LESTER COLON PITTS
162 CHICORA RIVER RD
WAYNESBORO, MS 39367

PENNYMAC LOAN SERVICES
ATTN: BANKRUPTCY
PO BOX 514387
LOS ANGELES, CA 90051

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

REGIONS BANK
ATTN: BANKRUPTCY
2050 PARKWAY OFFICE CI
6TH FLOOR
BIRMINGHAM, AL 35244

ALABAMA DEPT OF REVENU
375 S RIPLEY ST
MONTGOMERY, AL 36104

SIMPSON LAW FIRM
P.O. BOX 2058
MADISON, MS 39130-2058

BANK PLUS
1068 HIGHLAND COLONY P
RIDGELAND, MS 39157

TOWN FINANCE
107 22ND AVE S
MERIDIAN, MS 39301

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 W 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

GREATER MOBILE URGENT
19355 N 3RD ST
CITRONELLE, AL 36522

HEATHER PITTS
111 N ERWIN RD
STONEWALL, MS 39363

LAUREL SOUTH MEDICAL C
PO BOX 607
LAUREL, MS 39441